157 So. 923

### Henry SMITH v. STATE.
### 4 Div. 81.

Court of Appeals of Alabama.
Nov. 13, 1934.

SAMFORD, Judge.
Appeal dismissed.

159 So. 921

### Jimmie SMITH v. STATE.
### 8 Div. 22.

Court of Appeals of Alabama.
Feb. 19, 1935.

RICE, Judge.
Appeal dismissed.

157 So. 923

### Lester SMITH v. STATE.
### 6 Div. 590.

Court of Appeals of Alabama.
Jan. 19, 1934.

Rehearing Denied June 27, 1934.

R. G. Redden, of Vernon, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and James L. Screws, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

151 So. 926

### Renzie Lee SMITH v. STATE.
### 5 Div. 916.

Court of Appeals of Alabama.
Nov. 28, 1933.

RICE, Judge.

Affirmed.